IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02173-LTB-KLM

ARIELLA WERDEN,

     Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

     Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Plaintiff's Unopposed Motion to Vacate Settlement Conference** [Docket No. 36; Filed June 15, 2009] ("Motion to Vacate") and **Plaintiff's [Second] Unopposed Motion for Extension of Time to Submit 26(a)(2) Expert Disclosures** [Docket No. 37; Filed June 15, 2009] ("Motion to Extend").

IT IS HEREBY **ORDERED** that the Motion to Vacate [#36] is **GRANTED**.  The Settlement Conference set for July 7, 2009 at 1:30 p.m. is **vacated** and will be reset upon joint motion of the parties.

IT IS HEREBY **ORDERED** that the Motion to Extend [#37] is **GRANTED**.  The Scheduling Order entered on December 15, 2008 [Docket No. 11], and amended on March 4, 2009, March 10, 2009 and May 29, 2009 [Docket Nos. 19, 20 & 32], is further modified as follows:

- Plaintiff's Expert Disclosure Deadline     **June 22, 2009**
- Defendant's Expert Disclosure Deadline **July 22, 2009**

Dated:  June 16, 2009