**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  08-cv-02173-LTB-KLM

ARIELLA WERDEN,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

    Plaintiff has filed a Motion to Amend Complaint so that the issues tried conform to the issues raised in the pleadings, including her claim for UM benefits.

    The Motion to Amend Complaint (Doc No. 62) is GRANTED.

Dated: November 19, 2009
_____