**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No. 08-cv-02173-LTB-KLM

ARIELLA WERDEN,

      Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

      Defendant.

_____

**ORDER**
_____

      THIS MATTER is before the Court on Defendant, Allstate Insurance Company's, Motion to Preclude Testimony from Plaintiff's Expert Witness, Richard Hodges (docket #42); Plaintiff, Ariella Werden's Response (docket #47); and Defendant's Reply (docket #49).  On October 21, 2009, I issued an Order to Show Cause wherein I ordered that Plaintiff had up to and including November 11, 2009 to show cause why Defendant's Motion should not be granted. Plaintiff has not filed a response to the Order to Show Cause.  As such, for the reasons stated in the Order to Show Cause (docket #60), it is

      ORDERED that Defendant, Allstate Insurance Company's, Motion to Preclude Testimony from Plaintiff's Expert Witness, Richard Hodges, filed July 21, 2009 (docket #42) is **GRANTED**.  It is

1

FURTHER ORDERED that Expert Witness, Richard Hodges' testimony is **STRICKEN IN ITS ENTIRETY**.

Dated: January   22  , 2010

                                  BY THE COURT:

                                    s/Lewis T. Babcock
                                  Lewis T. Babcock, Judge