IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

Civil Action No. 08-cv-02173-LTB-KLM

ARIELLA WERDEN,

Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

Defendant.

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND/OR DEPOSITIONS

IT IS STIPULATED AND ORDERED that at the conclusion of the trial counsel for the parties shall retain custody of their respective exhibits and/or depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this _____ day of May 2010.

BY THE COURT:

_____
Lewis T. Babcock, Judge

_____
ATTORNEY FOR PLAINTIFF

_____
ATTORNEY FOR DEFENDANT